Derek Linke
Derek A. Newman
NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP
505 Fifth Ave. South, Suite 610
Seattle, WA 98104
(206) 274-2800

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES S. GORDON, JR., Franklin County, Washington,<br><br>Plaintiff,<br><br>v.<br><br>SUBSCRIBERBASE HOLDINGS, INC., SUBSCRIBERBASE, INC., AND JOHN DOES 1-10<br><br>Defendants. | NO. 08-cv-5037-RHW<br><br>**SUBSCRIBERBASE'S MOTION RE: ATTORNEYS' FEES AND COSTS PURSUANT TO CAN-SPAM (15 U.S.C. § 7706) OR, IN THE ALTERNATIVE, BRIEF RE: ATTORNEYS' FEES AND COSTS PURSUANT TO CR 11** |

Defendants SubscriberBASE Holdings, Inc. and SubscriberBASE, Inc. (together, "SubscriberBASE") respectfully request this Court sanction Plaintiff James S. Gordon, Jr. by having him pay SubscriberBASE's reasonable attorneys fees and costs.

This Court previously decided Gordon would have to pay at least those fees and costs associated with his frivolous motion for sanctions. The Court's December 11, 2009 Order Granting Defendants' Motion for Sanctions Pursuant to Rule 11; Denying Motion for Partial Summary Judgment (the "Order", Dkt. No. 104) directed SubscriberBASE to file a request for its fees and costs.

With this brief, SubscriberBASE is providing the materials the Court specifically requested in the Order. Given Plaintiff James Gordon's history of filing a long series of frivolous CAN-SPAM lawsuits, SubscriberBASE respectfully requests this Court consider granting all of its reasonable attorneys' fees and costs as the prevailing party in this litigation, pursuant to 15 U.S.C.

| | |
|---|---|
| 1 | § 7706 (g)(4) ([in a CAN-SPAM lawsuit] "the court may, in its discretion . . . |
| 2 | assess reasonable costs, including reasonable attorneys' fees, against any party"). |
| 3 | SubscriberBASE has styled its request for compensation under CAN-SPAM as a |
| 4 | motion pursuant to CR 54(d)(2)(A) ("A claim for attorney's fees and related |
| 5 | nontaxable expenses must be made by motion . . ."). |
| 6 | In the alternative, should this Court decline to award fees and costs pursuant |
| 7 | to 15 U.S.C. § 7706 (g)(4), this brief provides evidentiary support for |
| 8 | SubscriberBASE's reasonable attorneys' fees and costs pursuant to the Order. |
| 9 | This motion is based on the Memorandum in Support of SubscriberBASE's |
| 10 | Motion Re: Attorneys' Fees and Costs Pursuant to CAN-SPAM Or, in the |
| 11 | Alternative, Brief Re: Attorneys' Fees and Costs Pursuant to CR 11, the |
| 12 | Declaration of Derek Linke in Support of SubscriberBASE's Motion Re: |
| 13 | Attorneys' Fees and Costs Pursuant to CAN-SPAM Or, in the Alternative, Brief |
| 14 | Re: Attorneys' Fees and Costs Pursuant to CR 11 and exhibits thereto, and any |
| 15 | matter of which the court may take judicial notice. |

Dated this 22nd day of December 2009.

Respectfully Submitted,

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

By: _/s/ Derek Linke_
Derek Linke, WSBA No. 38314
Derek Newman, WSBA No. 26967

Attorneys for Defendants
SubscriberBASE, Inc and
SubscriberBASE Holdings, Inc.