# EXHIBIT - A



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax       206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:      Sep 30/09

| | |
|---|---|
| Legal Fees | $3,175.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$3,175.00** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ▮ |
| PREVIOUS BALANCE | ▮ |
| **TOTAL NOW DUE** | ▮ |

---

**Please reference your client number   1559  and invoice number   9992
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▮

| | | | |
|---|---|---|---|
| Sep-03-09 | Analyze Gordon's improperly filed opposition to motion for Rule 11 sanctions; correspond with Brian Benenhaley and James Epstein re ■■■ | 0.40 | DL |
| Sep-10-09 | Prepare for and participate in Rule 26(f) status conference with Gordon; finalize discovery and arrange for immediate service; correspondence with Brian Benenhaley and James Epstein re ■■■ | 5.10 | DL |
| Sep-14-09 | Draft joint status certificate and discovery plan. | 2.50 | DL |
| Sep-16-09 | Finalize draft joint status certificate and discovery plan; correspondence with Gordon re same. | 1.30 | DL |
| Sep-17-09 | Correspondence with Gordon, file joint status certificate. | 0.50 | DL |
| | File Rule 11 Sanctions motion and all related documents. | 0.60 | DL |
| Sep-21-09 | Review order denying Gordon's motion to issue subpoenas and motion to sanction SubscriberBASE; correspondence with Brian and James re ■■■ | 0.30 | DL |
| Sep-22-09 | Review Gordon's discovery package. Correspond with Brian re ■■■ | 0.40 | DL |
| Sep-23-09 | Status conference; call with Brian re same; draft and transmit letter to Gordon offering mutual extension for pending discovery. | 0.70 | DL |
| Sep-28-09 | Review and analyze Gordon's motion for reconsideration re motion to issue subpoenas and supporting materials. Review court order denying same. Correspondence with Brian and James. | 0.90 | DL |

| | | | |
|---|---|---|---|
| **Total Fees For All Matters** | | Total Hours | 12.70 |
| | | Total Fees | $3,175.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 12.70 | $250.00 |

| | |
|---|---|
| **Total Fees & Disbursements This Invoice** | **$3,175.00** |

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Sep-28-09 | Receive Payment | ■■■ |
| | **Total Payments** | ■■■ |

3



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax    206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** September 4, 2009
**Inv No.:** 9912

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:    Aug 31/09

| | |
|---|---|
| Legal Fees | $4,391.00 |
| Disbursements | $38.78 |
| **TOTAL THIS INVOICE** | **$4,429.78** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! |  |
| PREVIOUS BALANCE | ▉ |
| **TOTAL NOW DUE** | ▉ |

---

**Please reference your client number   1559   and invoice number   9912**
**to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▉

4

| Date | Description | Hours | Atty |
|------|-------------|-------|------|
| Jul-28-09 | Conference with Derek Linke; Research precedent on sanctioning pro se litigants in the 9th Cir. (this involved reading over 30 cases and trial orders); Draft memo summarizing the results of the research. | 5.00 | JS |
| Aug-03-09 | Finalize and file opposition to Gordon's motion for sanctions and supporting materials. Analyze Gordon's reply in support of motion for issuance of subpoenas. Correspond with Brian and James re ▇▇▇ | 2.90 | DL |
| | Review and revise Opposition to Plaintiff's Motion for Sanctions regarding Spoliation, draft declaration of Derek Linke in support of opposition, work with staff to compile and prepare exhibits to Linke's declaration, and draft proposed order in the event one is needed. | 2.70 | KA |
| Aug-04-09 | Draft opposition for motion to strike opposition to motion to issue subpoenas; Draft supporting declaration | 0.70 | RM |
| Aug-05-09 | Continue drafting opposition for motion to strike opposition to motion to issue subpoenas and supporting declaration | 1.50 | RM |
| Aug-11-09 | Analyze Gordon's reply in support of motion for subpoenas and cross "motion" therein. Research local rules for standard re extraneous content in "reply". | 0.40 | DL |
| Aug-18-09 | Revise Rule 11 motion for sanctions based on Brian's feedback. Correspondence with Brian and James re ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 2.10 | DL |
| Aug-19-09 | Revise Rule 11 motion for sanctions, correspond with Brian re ▇▇▇ Draft and finalize supporting documents: declaration, exhibits, proposed order, motion, and note for motion. | 4.90 | DL |

|  |  |  |
|------|------|------|
| **Total Fees For All Matters** | Total Hours | 20.20 |
| | Total Fees | $4,391.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|--------|-------|--------------|
| Derek Linke | 10.30 | $250.00 |
| Kelly Aldrich | 2.70 | $210.00 |
| Randall Moeller | 2.20 | $295.00 |
| Jason Sykes | 5.00 | $120.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Lexis/Westlaw | | 38.78 |



**NEWMAN** ATTORNEYS

**Invoice Date:** August 11, 2009
**Inv No.:** 9854

**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone   206-274-2800
Fax       206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:  **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:  **1559-0003**

---

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:      Aug 04/09

| | |
|---|---|
| Legal Fees | $5,823.00 |
| Disbursements | $16.50 |
| **TOTAL THIS INVOICE** | **$5,839.50** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ███████ |
| PREVIOUS BALANCE | ███████ |
| **TOTAL NOW DUE** | ███████ |

---

**Please reference your client number   1559  and invoice number   9854
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ██████

6

| | | | |
|---|---|---|---|
| Jul-17-09 | Analyze Gordon's motion to issue subpoenas. Review recently-amended Local Rules to determine briefing schedule. | 0.40 | DL |
| | Finalize drafts of two complete sets of discovery to Gordon. | 3.70 | DL |
| Jul-22-09 | Review correspondence from Gordon. Analyze Gordon's motion for sanctions. Email Brian Benenhaley and James Epstein re ███ | 1.10 | DL |
| Jul-24-09 | Draft Rule 11 letter to Gordon; correspondence with Brian Benehaley and James Epstein ███████ | 2.10 | DL |
| Jul-25-09 | Draft Opposition to Motion for Subpoenas. | 4.10 | DL |
| Jul-27-09 | Finalize and file Opposition to Motion for Subpoenas. | 0.80 | DL |
| | Add arguments to letter to Gordon regarding Rule 11 sanctions | 3.50 | RM |
| Jul-29-09 | Research and draft motion for Rule 11 sanctions against Gordon | 1.10 | RM |
| Jul-30-09 | Continue researching and drafting motion for Rule 11 sanctions against Gordon; Draft supporting declaration; Prepare exhibits | 4.80 | RM |

**Total Fees For All Matters**

| | | |
|---|---|---|
| Total Hours | 21.60 |
| Total Fees | $5,823.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 12.20 | $250.00 |
| Randall Moeller | 9.40 | $295.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Priority Shipping | 15.86 |
| Jul-31-09 | Public Access to Court Electronic Records | 0.64 |

Total Disbursements For All Matters                              $16.50

**Total Fees & Disbursements This Invoice**                          **$5,839.50**

**PAYMENT DETAILS**

Aug-04-09      Receive Payment                                            ██████

**Total Payments**                                                         ██████



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax     206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** July 7, 2009
**Inv No.:** 9792

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:    Jun 30/09

| | |
|---|---|
| Legal Fees | $4,147.00 |
| Disbursements | $2.46 |
| **TOTAL THIS INVOICE** | **$4,149.46** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ██████ |
| PREVIOUS BALANCE | ██████ |
| **TOTAL NOW DUE** | ██████ |

---

**Please reference your client number   1559   and invoice number   9792
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ██████

| | | | |
|---|---|---|---|
| Jun-01-09 | Correspond with B. Benenhaley and J. Epstein re ███████████. ████ Correspondence with B. Benenhaley and J. Epstein re ████████ revise same.  Additional correspondence re ████ review B. Benenhaley's final input. | 1.80 | DL |
| Jun-05-09 | Review and implement B. Benehaley's final feedback on ████ Finalize and file same. | 0.70 | DL |
| Jun-15-09 | Finalize draft letter to Gordon; correspond with B. Benenhaley and J. Epstein. | 0.20 | DL |
| Jun-16-09 | Call with B. Benenhaley and J. Epstein re ████████ | 0.30 | DL |
| Jun-17-09 | Review Second Amended Complaint in preparation for planning discovery; begin planning and drafting discovery. | 2.60 | KA |
| Jun-18-09 | Correspondence with J. Gordon re RFAs; correspondence with B. Benenhaley and J. Epstein re ████ conference with K. Aldrich re status of case and drafting two-phase discovery package. | 1.30 | DL |
| Jun-19-09 | Continue drafting first interrogatories and requests for production, and first requests for admission. | 2.30 | KA |
| Jun-22-09 | Continue drafting and preparing first and second discovery requests. | 4.10 | KA |
| Jun-25-09 | Review and revise first draft discovery package; conference with K. Aldrich re same. | 0.70 | DL |
| | Begin revising first set of interrogatories and requests for production. | 0.30 | KA |
| Jun-26-09 | Revise first interrogatories and requests for production. | 1.50 | KA |
| Jun-29-09 | Review and analyze scheduling order. Correspondence with Brian Benenhaley and James Epstein re ████ | 0.50 | DL |
| | Continue drafting and revising second set of discovery. | 2.40 | KA |

| **Total Fees For All Matters** | Total Hours | 18.70 |
|---|---|---|
| | Total Fees | $4,147.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 5.50 | $250.00 |

Kelly Aldrich                    13.20              $210.00

**DISBURSEMENTS**

Jun-16-09    Kall8 - conference call                                              2.46

Total Disbursements For All Matters                                      $2.46

**Total Fees & Disbursements This Invoice**                          **$4,149.46**

**PAYMENT DETAILS**

Jun-22-09    Receive Payment                                           ██████

**Total Payments**                                                     ██████



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax      206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** June 5, 2009
**Inv No.:** 9725

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:     **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:   **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:     May 31/09

| | |
|---|---|
| Legal Fees | $2,725.00 |
| Disbursements | $9.19 |
| **TOTAL THIS INVOICE** | **$2,734.19** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ▮ |
| PREVIOUS BALANCE | ▮ |
| **TOTAL NOW DUE** | ▮ |

---

**Please reference your client number   1559  and invoice number   9725
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▮

| Date | Description | Hours | |
|------|-------------|-------|---|
| May-08-09 | Analyze Order Partially Granting Motion to Dismiss; correspondence with B. Benenhaley and J. Epstein re ███ | 0.50 | DL |
| May-11-09 | Conference call with Brian Benenhaley and James Epstein re ████████ ████████ Correspond with Gordon re settlement offer. | 0.70 | DL |
| May-12-09 | Analyze Gordon's Second Amended Complaint; correspond with Brian Benenhaley and James Epstein re ███ | 1.30 | DL |
| May-14-09 | Begin drafting answer and affirmative defenses; draft letter to Gordon re missing exhibits. | 1.10 | DL |
| May-15-09 | Draft Answer and Affirmative Defenses to Gordon's Second Amended Complaint. | 3.30 | DL |
| May-18-09 | Correspond with B. Benenhaley re ████████ ████ Review B. Benenhaley's redlines to draft answer. | 0.60 | DL |
| May-19-09 | Correspondence with J. Gordon re status of exhibits to complaint; correspond with B. Benenhaley re ███ | 0.30 | DL |
| May-20-09 | Review correspondence from J. Epstein re ████████ ███ | 0.20 | DL |
| May-24-09 | Revise Answer to Gordon's SAC based on feedback from B. Benenhaley and J. Epstein; research other cases in which client has been involved. | 1.40 | DL |
| May-25-09 | Additional revisions to Answer, finalize proposed final draft and send to B. Benenhaley and J. Epstein. | 0.80 | DL |
| May-31-09 | Analyze Gordon's first requests for admission; review Rule 26 and local rules; correspond with B. Benenhaley and J. Epstein re ███ | 0.70 | DL |

|  | **Total Fees For All Matters** | Total Hours | 10.90 |
|--|--|--|--|
|  |  | Total Fees | $2,725.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|--------|-------|--------------|
| Derek Linke | 10.90 | $250.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|------|-------------|--------|
|  | Photocopies at $.15 per copy | 7.35 |
| Mar-31-09 | Public Access to Court Electronic Records | 1.84 |

Total Disbursements For All Matters                                    $9.19

**Total Fees & Disbursements This Invoice**                    **$2,734.19**

**PAYMENT DETAILS**

Apr-03-09        Receive Payment                                    ███████

**Total Payments**                                                 ███████



**NEWMAN** ATTORNEYS

**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax    206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:     Feb 09/09

| | |
|---|---|
| Legal Fees | $910.00 |
| Disbursements | $66.27 |
| **TOTAL THIS INVOICE** | **$976.27** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ▇ |
| PREVIOUS BALANCE | ▇ |
| **TOTAL NOW DUE** | ▇ |

---

**Please reference your client number    1559   and invoice number   9511
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▇

| Jan-02-09 | Complete, revise, and file Reply in Support of Motion to Strike Gordon's Amended Complaint. | 3.10 | DL |
| | Review and edit Reply in Support of Motion to Dismiss or Strike Gordon's Complaint | 0.60 | MG |

**Total Fees For All Matters**             Total Hours           3.70
                                            Total Fees        $910.00

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 3.10 | $250.00 |
| Mike Gustafson | 0.60 | $225.00 |

## DISBURSEMENTS

| | Photocopies at $.15 per copy | 5.55 |
|---|---|---|
| Dec-31-08 | Public Access to court Electronic Records | 34.72 |
| | Public Access to court Electronic Records | 26.00 |

Total Disbursements For All Matters                              $66.27

**Total Fees & Disbursements This Invoice**                    **$976.27**

## PAYMENT DETAILS

| Feb-09-09 | Trust Transfer on Account | ██████ |
|---|---|---|
| | **Total Payments** | ██████ |

16



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone  206-274-2800
Fax  206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:  **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:  **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:   Dec 31/08

Legal Fees                          $652.50

Disbursements                         $5.55
                                  _____

**TOTAL THIS INVOICE**          **$658.05**

PREVIOUS BALANCE                   ████████

                                  _____

**TOTAL NOW DUE**                 ████████

---

**Please reference your client number   1559  and invoice number   9434
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ████████

| | | | |
|---|---|---|---|
| Dec-17-08 | Review and analyze Gordon's opposition to SubscriberBASE's Motion to Dismiss or to Strike. | 0.40 | DL |
| Dec-31-08 | Draft Reply in Support of Motion to Dismiss or to Strike. | 2.50 | DL |

| | | |
|---|---|---|
| **Total Fees For All Matters** | Total Hours | 2.90 |
| | Total Fees | $652.50 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 2.90 | $250.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies at $.15 per copy | 5.55 |

| | |
|---|---|
| Total Disbursements For All Matters | $5.55 |

| | |
|---|---|
| **Total Fees & Disbursements This Invoice** | **$658.05** |

18



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax       206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:        Nov 30/08

| | |
|---|---|
| Legal Fees | $3,047.00 |
| Less: Discounts | $1,125.00 |
| Total Fees After Discounts | $1,922.00 |
| Disbursements | $22.65 |
| **TOTAL THIS INVOICE** | **$1,944.65** |
| PREVIOUS BALANCE | ▮▮▮▮ |
| **TOTAL NOW DUE** | ▮▮▮▮ |

---

**Please reference your client number    1559  and invoice number   9410
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▮▮▮▮

| | | | |
|---|---|---|---|
| Nov-10-08 | Call with Brian Benenhaley re ███████████ | 0.20 | DL |
| Nov-11-08 | Research potential bases for dismissing Gordon's amended complaint; analyze strategy in Impulse Marketing case. | 1.40 | DL |
| Nov-13-08 | Draft motion to dismiss Gordon's amended complaint. | 4.30 | DL |
| Nov-14-08 | Continue researching and drafting motion to dismiss Gordon's amended complaint. | 2.70 | DL |
| Nov-17-08 | Revise and draft motion to dismiss Gordon's amended complaint. | 1.60 | DL |
| Nov-20-08 | Finish drafting motion to dismiss Gordon's amended complaint; conference with B. Benenhaley (no charge); conference with K. Aldrich re preparing proposed order. Finalize documents and file. | 2.10 | DL |
| | Discussion with D. Linke regarding need to provide feedback on motion to dismiss; review and provide comments for Memorandum in Support of Motion to Dismiss or to Strike; draft Motion to Dismiss; draft Notice of Hearing; draft Proposed Order. | 1.30 | KA |

**Total Fees For All Matters**            Total Hours            13.60

Total Fees          $3,047.00

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate | |
|---|---|---|---|
| Derek Linke | 12.30 | $250.00 | |
| Kelly Aldrich | 1.30 | $195.00 | |

| | | |
|---|---|---|
| Mark down 5 hours @ $225 per hour - per Derek Linke | | 1,125.00 |
| | Total Fees After Discount | $1,922.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies at $.15 per copy | 2.10 |
| Lexis/Westlaw | 20.55 |

| | |
|---|---|
| Total Disbursements For All Matters | $22.65 |

**Total Fees & Disbursements This Invoice**                    **$1,944.65**

**PAYMENT DETAILS**

Dec-01-08     Receive Payment                                    ██████

                                                                ─────────

              **Total Payments**                                ██████



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax    206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:    Oct 31/08

| | |
|---|---|
| Legal Fees | $4,146.00 |
| Disbursements | $313.38 |
| **TOTAL THIS INVOICE** | **$4,459.38** |
| PREVIOUS BALANCE | ████████ |
| **TOTAL NOW DUE** | ████████ |

---

**Please reference your client number   1559   and invoice number   9281
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ████████

| | | | |
|---|---|---|---|
| Oct-01-08 | Continue drafting motion for an undertaking. | 5.60 | DL |
| | Review Motion for Undertaking; make suggestions and revisions; correct and add citations as necessary, which includes researching cases cited. | 2.50 | KA |
| Oct-07-08 | Discussions with D. Linke regarding help needed on Motion for Undertaking; draft motion, notice of motion, Linke Declaration, and Proposed Order, and incorporate citations to Linke Declaration into Memorandum in Support. | 1.40 | KA |
| Oct-14-08 | Travel to, prepare for, and appear at hearing on Motion to Dismiss; conference with Gordon. | 7.40 | DL |
| Oct-15-08 | Draft email to Brian Benenhaley re ██████████████ | 0.40 | DL |
| Oct-16-08 | Correspond with J. Gordon re settlement. | 0.20 | DL |
| Oct-23-08 | Review and analyze Gordon filings: opposition to motion for an undertaking; motion for an undertaking; motion for summary judgment. | 1.10 | DL |

**Total Fees For All Matters**

| | |
|---|---|
| Total Hours | 18.60 |
| Total Fees | $4,146.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 14.70 | $250.00 |
| Kelly Aldrich | 3.90 | $195.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Lexis/Westlaw | 14.97 |
| Sep-30-08 | PACER | 85.70 |
| Oct-13-08 | Out of pocket travel costs - Derek Linke - hearing on Motion to dismiss in Gordon dispute | 139.38 |
| Oct-14-08 | Out of pocket travel costs - Derek Linke - hearing on Motion to dismiss in Gordon dispute | 73.33 |

Total Disbursements For All Matters          $313.38

**Total Fees & Disbursements This Invoice          $4,459.38**



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone   206-274-2800
Fax   206-274-2801

www.newmanlaw.com
info@newmanlaw.com

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:   **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:   **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:   Oct 07/08

| | |
|---|---|
| Legal Fees | $2,494.50 |
| Disbursements | $86.10 |
| **TOTAL THIS INVOICE** | **$2,580.60** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ■ |
| PREVIOUS BALANCE | ■ |
| **TOTAL NOW DUE** | ■ |

---

**Please reference your client number   1559  and invoice number   9207
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ■

24

| Sep-09-08 | Meet w/ D. Linke; Review Oposition to Motion to Dismiss by Gordon; research case law and draft Reply in Support of Motion to Dismiss | 3.50 | MG |
| Sep-10-08 | Review and revise Reply in Support of Motion to Dismiss. | 3.00 | DL |
| Sep-25-08 | Research and draft motion for an undertaking. | 2.90 | DL |
| | Research and check citations for court order for D. Linke to properly cite in his motion. | 0.30 | KA |
| Sep-29-08 | Continue drafting motion for an undertaking. | 1.40 | DL |

**Total Fees For All Matters**

Total Hours      11.10
Total Fees    $2,494.50

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 7.30 | $250.00 |
| Mike Gustafson | 3.50 | $215.00 |
| Kelly Aldrich | 0.30 | $195.00 |

**DISBURSEMENTS**

| Photocopies at $.15 per copy | 25.80 |
| Lexis/Westlaw | 60.30 |

Total Disbursements For All Matters      $86.10

**Total Fees & Disbursements This Invoice**      **$2,580.60**

**PAYMENT DETAILS**

| Oct-07-08 | Receive Payment | ██████ |

**Total Payments**      ██████

25



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone    206-274-2800
Fax    206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** September 8, 2008
**Inv  No.:** 9132

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:     Sep 08/08

| | |
|---|---|
| Legal Fees | $382.50 |
| Disbursements | $16.10 |
| **TOTAL THIS INVOICE** | **$398.60** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! | ███ |
| PREVIOUS BALANCE | ███ |
| **TOTAL NOW DUE** | ███ |

---

**Please reference your client number   1559  and invoice number   9132
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ███

| | | | |
|---|---|---|---|
| Aug-05-08 | Review notice filed by district court clerk. | 0.30 | DL |
| Aug-14-08 | Conference with K. Aldrich, review, revise and file opposition to Gordon's motion for telephonic hearing. | 0.90 | DL |
| Aug-25-08 | Finalize and file renote of motion to dismiss. | 0.20 | DL |
| Sep-08-08 | Conference with M. Gustafson re drafting Reply in Support of Motion to Dismiss. | 0.30 | DL |

**Total Fees For All Matters**           Total Hours          1.70
                                                            Total Fees          $382.50

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 1.70 | $250.00 |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies at $.15 per copy | 12.00 |
| Lexis/Westlaw | 4.10 |

Total Disbursements For All Matters          $16.10

**Total Fees & Disbursements This Invoice**          **$398.60**

**PAYMENT DETAILS**

| | | |
|---|---|---|
| Sep-08-08 | Receive Payment | ■■■■■ |
| | **Total Payments** | ■■■■■ |

27



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone   206-274-2800
Fax   206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** July 31, 2008
**Inv  No.:** 9066

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:   **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:   **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:    Jul 31/08

| | |
|---|---|
| Legal Fees | $5,507.00 |
| Disbursements | $417.84 |
| **TOTAL THIS INVOICE** | **$5,924.84** |
| PREVIOUS BALANCE | ■ |
| **TOTAL NOW DUE** | ■ |

---

**Please reference your client number   1559   and invoice number   9066
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ■

28

| Date | Description | Hours | Atty |
|------|-------------|-------|------|
| Jul-01-08 | Research, draft, and file notice of removal; call with B. Benenhaley re ███ | 1.60 | DL |
| Jul-02-08 | Prepare for and conference with B. Benenhaley re ███ review consent decree. | 1.50 | DL |
| Jul-16-08 | Drafting motion to dismiss. | 4.90 | DL |
| Jul-17-08 | Researching and drafting motion to dismiss. | 2.30 | DL |
| Jul-23-08 | Research doctrine of defensive non-mutual collateral estoppel; draft relevant portion to insert into Motion to Dismiss. | 2.20 | KA |
| | Discussions with D. Linke regarding assignment to draft Answer; draft Answer. | 2.00 | KA |
| Jul-24-08 | Review Complaint; meet with K. Aldrich re drafting Answer; revise Answer. | 1.10 | DL |
| | Continue researching issue of standing to enforce consent decree; write up rule paragraph for D. Linke to include in motion to dismiss. | 2.30 | KA |
| Jul-27-08 | Continue drafting motion to dismiss. | 3.20 | DL |
| Jul-28-08 | Continue drafting motion to dismiss. | 2.90 | DL |
| | Revise and edit citations to Virtumundo orders in Motion to Dismiss. | 0.80 | KA |

**Total Fees For All Matters**

| | | |
|---|---|---|
| Total Hours | 24.80 |
| Total Fees | $5,507.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|--------|-------|--------------|
| Derek Linke | 17.50 | $250.00 |
| Kelly Aldrich | 7.30 | $195.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Photocopies at $.15 per copy | 48.30 |
| Lexis/Westlaw | 19.54 |

Jul-01-08    USDC - ED WA - civil filing fee                                        350.00

---

Total Disbursements For All Matters                          $417.84

**Total Fees & Disbursements This Invoice**              **$5,924.84**



**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104
Phone   206-274-2800
Fax     206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** December 7, 2009
**Inv No.:** 10137

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:   **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:   **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:   Nov 30/09

| | |
|---|---|
| Legal Fees | $75.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$75.00** |
| PREVIOUS BALANCE | ▮ |
| **TOTAL NOW DUE** | ▮ |

---

**Please reference your client number   1559  and invoice number   10137
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▮

| Nov-02-09 | Review Gordon's responses to discovery requests. | 0.30 | DL |
|-----------|---------------------------------------------------|------|-----|

**Total Fees For All Matters**  
Total Hours     0.30  
Total Fees     $75.00

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|--------|-------|--------------|
| Derek Linke | 0.30 | $250.00 |

**Total Fees & Disbursements This Invoice**     **$75.00**



# NEWMAN
### ATTORNEYS

**Newman & Newman LLP**

505 Fifth Avenue South
Suite 610
Seattle, Washington
98104

Phone    206-274-2800
Fax       206-274-2801

www.newmanlaw.com
info@newmanlaw.com

**Invoice Date:** November 16, 2009
**Inv No.:** 10122

SubscriberBASE Holdings, Inc.
Attn: Brian N. Benenhaley, COO
3830 Forest Drive, Suite 207
Columbia, SC 29204

Matter Name:    **SubscriberBASE Holdings/Gordon/DISP**

Matter Number:    **1559-0003**

---

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH:    Oct 31/09

| | |
|---|---|
| Legal Fees | $9,700.00 |
| Disbursements | $33.61 |
| **TOTAL THIS INVOICE** | **$9,733.61** |
| TOTAL PAYMENTS RECEIVED - THANK YOU! |  |
| PREVIOUS BALANCE | |
| **TOTAL NOW DUE** | |

---

**Please reference your client number   1559  and invoice number   10122
to ensure proper credit.**

**TERMS:** Payment due upon receipt of this invoice.
Invoices not paid within 30 days of invoice date are charged interest at 1.5% monthly.

**TAX ID#** ▮▮▮▮▮▮

| Date | Description | Hours | Atty |
|---|---|---|---|
| Oct-05-09 | Begin drafting brief re impact of Virtumundo Ninth Circuit decision. | 3.80 | DL |
| Oct-06-09 | Continue drafting brief re Virtumundo decision | 5.20 | DL |
| Oct-07-09 | Continue drafting brief re Virtumundo decision. | 2.70 | DL |
| Oct-08-09 | Complete draft of brief re Virtumundo decision; call and correspond wth Brian re ▮ incorporate Brian's feedback, finalize, and file. | 6.10 | DL |
| | Drafting analytical brief portions demonstrating fraud and deceit are the same cause of action in Washington, for purpose of showing Gordon's CEMA claims are preempted under Virtumundo decision. | 1.20 | JD |
| Oct-14-09 | Review local rules; draft objections to Gordon's discovery responses. | 3.10 | DL |
| Oct-15-09 | Continue drafting objections to Gordon's discovery responses; correspond with Brian Benenhaley and James Epstein re ▮ | 2.20 | DL |
| Oct-16-09 | Finalize and serve responses to Gordon's discovery. | 0.70 | DL |
| Oct-20-09 | Analyze Gordon's brief re impact of Ninth Circuit Virtumundo decision. Correspond with Brian Benenhaley re ▮ | 0.60 | DL |
| Oct-23-09 | Begin drafting reply brief re impact of Ninth Circuit decision. | 2.10 | DL |
| Oct-26-09 | Draft reply brief re impact of Ninth Circuit decision. | 5.90 | DL |
| Oct-29-09 | Prepare for hearings on Virtumundo and Rule 11 sanctions motion. | 1.10 | DL |
| Oct-30-09 | Prepare for and appear at telephonic hearing on Virtumundo briefing and Rule 11 sanctions motion. | 4.10 | DL |

**Total Fees For All Matters**

| | Total Hours | 38.80 |
|---|---|---|
| | Total Fees | $9,700.00 |

**FEE SUMMARY:**

| Lawyer | Hours | Billing Rate |
|---|---|---|
| Derek Linke | 37.60 | $250.00 |
| John Du Wors | 1.20 | $250.00 |

**DISBURSEMENTS**

      Lexis/Westlaw                                                    16.98

      Priority Shipping                                                16.63

      Total Disbursements For All Matters                          $33.61

      **Total Fees & Disbursements This Invoice**              **$9,733.61**

**PAYMENT DETAILS**

Oct-26-09     Receive Payment                                  ███████

      **Total Payments**                                         ███████