FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 07 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

James S. Gordon, Jr et al

Plaintiff(s)

vs.

Subscriberbase Holdings et al

Defendant(s)

**NOTICE OF CIVIL APPEAL**

Case No. CV-08-5037-RHW

District Court Judge Whaley

Notice is hereby given that __James S. Gordon, Jr.__ appeals to the
(Name of Appellant)

United States Court of Appeals for the Ninth Circuit from __Order Granting Defendants' Motion for__
(Name of Order Judgment)

__Sanctions - Dismissing Lawsuit__ entered in this action on __December 11, 2009__.
(Date of Order)

January 6, 2010
(Today's Date)

James S. Gordon, Jr.
(Counsel for Appellant Pro Se)

[signature]

9804 Buckingham Drive
Pasco, WA 99301
509-210-1069

(Address)

Phone:

**RECEIVED**

JAN 07 2010

CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON