# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES S. GORDON, JR., et al,

        Plaintiffs,

        v.

SUBSCRIBERBASE HOLDINGS, INC., et al,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-5037-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants' motion regarding attorneys fees and costs (Ct. Rec. 106) is GRANTED.  The District Court is directed to enter judgment in favor of Defendants and against Plaintiff in the amount of $47,169.50 in attorneys fees and $1,064.23 in costs.  File closed.

February 3, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer